**UNITED STATES of America**
**Plaintiff—Appellee,**

v.

**Lance Allen OBENCHAIN**
**Defendant—Appellant.**

**No. 03–11280.**
**Summary Calendar**

United States Court of Appeals, Fifth Circuit.

DECIDED: April 20, 2004.

Paulina M Jacobo, Assistant US Attorney, US Attorney's Office, Lubbock, TX, for Plaintiff–Appellee.

Sherylynn Ann Kime-Goodwin, Assistant Federal Public Defender, Federal Public Defender's Office, Lubbock, TX, for Defendant–Appellant.

---

Before HIGGINBOTHAM, DAVIS, and PRADO, Circuit Judges.*

PER CURIAM:

IT IS ORDERED that appellee's unopposed motion to vacate the sentence is GRANTED.

IT IS FURTHER ORDERED that appellee's unopposed motion to remand case to the United States District Court for the Northern District of Texas, Lubbock Division is GRANTED.

IT IS FURTHER ORDERED that appellee's unopposed alternative motion to extend time to file appellee's brief until 14 days from the Court's denial of appellee's motion to vacate sentence and to remand is DENIED as unnecessary.